

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kristie Dawn Thomas, Appellant

No. 06-21-00036-CR      v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR02507). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we (1) modify the trial court's bill of costs to reflect that the total attorney fees assessed was $911.75, (2) modify both the judgment and bill of costs to show that the total outstanding court costs due are $871.75, and (3) modify the trial court's judgment (a) to reflect that the degree of offense is a state jail felony and (b) to add a section to the judgment showing that the appellant pled true to the State's punishment enhancement allegations and the trial court found those allegations to be true.. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Kristie Dawn Thomas, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 15, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk